**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE**

| | |
|---|---|
| SARAH DENISE MACK, individually, and as surviving spouse and next of kin of DAVID LEON BATTS, deceased,<br><br>Plaintiff,<br><br>v.<br><br>KNOX COUNTY, TENNESSEE and SHERIFF TOM SPANGLER, in his official capacity.<br><br>Defendants. | No. 3:26-cv-00009-KAC-DCP<br><br>Jury Demanded |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY**

Plaintiff, Sarah Denise Mack, individually and as surviving spouse and next of kin of David Leon Batts, deceased, by and through counsel, hereby responds to Knox County's Motion to Stay Discovery and states that the Plaintiff does not oppose Knox County's request that discovery be stayed pending the Court's disposition of Knox County's Motion to Dismiss.

**Respectfully submitted June 3, 2026.**

/s/ G. Madison Roberts
G. Madison Roberts (TN Bar # 040618)
LAW OFFICE OF G. MADISON ROBERTS V, PLLC
422 S. Gay Street, Suite 302
Knoxville, TN 37902
Phone: (423) 504-2054
Fax: (865) 381-0682
Email: gmadisonroberts@gmail.com

Dan Channing Stanley (TN Bar # 021002)
KNOXVILLE ATTORNEY, PLLC
422 S. Gay Street, Suite 301
Knoxville, TN 37902
Phone: (865) 337-5737
Fax: (865) 522-9945
Email: dan@knoxvilleattorney.com

Ursula Bailey (TN Bar # 020616)
LAW OFFICES OF URSULA BAILEY
422 S. Gay Street, Suite 301
Knoxville, TN 37902
Phone: (865) 337-5737
Fax: (865) 522-9945
Email: ubailey65@gmail.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/ G. Madison Roberts